IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CARMA KAY FLOYD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-0952-C |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for judicial review of the Commissioner's denial of disability insurance benefits and supplemental security income benefits was referred for initial proceedings to United States Magistrate Judge Robert E. Bacharach, consistent with 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered a Report and Recommendation on April 24, 2012, recommending that the decision of the Commissioner be affirmed. Plaintiff, through counsel, has timely filed an objection to this report, and the Court therefore considers the matter de novo.

In his thorough and well-reasoned Report and Recommendation, Judge Bacharach sets out the relevant facts and prevailing law, and no purpose would be served to repeat those here. There is nothing asserted by the Plaintiff in her Objection which was not fully

considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the Objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons stated therein, the decision of the Commissioner is affirmed. A judgment will enter accordingly.

IT IS SO ORDERED this 30th day of May, 2012.

ROBIN J. CAUTHRON
United States District Judge